UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

VERNON H. ANDREWS,

                        Plaintiff,

       -against-                                3:13-CV-1112 (LEK/DEP)

AMUSEMENTS OF AMERICA; *et al.*,

                        Defendants.

## **ORDER**

      This matter comes before the Court following a Report-Recommendation filed on November 18, 2013, by the Honorable David E. Peebles, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 5 ("Report-Recommendation"). Judge Peebles recommended that Plaintiff's Complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e). <u>See generally</u> Report-Rec.; Dkt. No. 1 ("Complaint").

      A district court must review *de novo* any objected-to portions of a magistrate judge's report-recommendation or specific proposed findings or recommendations therein and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b); <u>accord</u> FED. R. CIV. P. 72(b); <u>see also</u> <u>Morris v. Local 804, Int'l Bhd. of Teamsters</u>, 167 F. App'x 230, 232 (2d Cir. 2006); <u>Barnes v. Prack</u>, No. 11-CV-0857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013). If no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court need review that aspect of a report-recommendation only for clear error. <u>Chylinski v. Bank of Am., N.A.</u>, 434 F. App'x 47, 48 (2d Cir. 2011); <u>Barnes</u>, 2013 WL 1121353, at *1; <u>Farid v. Bouey</u>, 554 F. Supp. 2d 301, 306-07 & n.2 (N.D.N.Y. 2008); <u>see also</u> <u>Machicote v. Ercole</u>, No. 06 Civ. 13320, 2011 WL

3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a *pro se* party's objections to a Report and Recommendation must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by simply relitigating a prior argument.").

Plaintiff has filed Objections to the Report-Recommendation. Dkt Nos. 6; 6-1. ("Objections"). The Objections fail to respond in any meaningful or intelligible way to the grounds upon which the Report-Recommendation recommended dismissal of the Complaint: (1) the Complaint's failure to allege facts suggesting that any of the Defendants were acting under color of state law or were personally involved in the deprivation of Plaintiff's rights; and (2) the "largely unintelligible" nature of the Complaint. See generally Report-Rec.; Objs. The Court therefore reviews the Report-Recommendation for clear error. After a thorough review of the Report-Recommendation and the record, the Court has determined that the Report-Recommendation is not subject to attack for clear error or manifest injustice.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 5) is **APPROVED** and **ADOPTED in its entirety**; and it is further

**ORDERED**, that Plaintiff, if he wishes to pursue this action, must file an amended complaint that remedies the deficiencies identified by the Report-Recommendation and complies with the Federal Rules of Civil Procedure and the Local Rules **within thirty (30) days** of the filing date of this Order; and it is further

**ORDERED**, that if Plaintiff fails to timely file an amended complaint as directed above, the Clerk of the Court shall enter judgment indicating that the Complaint (Dkt. No. 1) is **DISMISSED**

2

**with prejudice** without further order of the Court pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief may be granted. In that event, the Clerk of the Court is directed to close this case; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the parties to this action.

**IT IS SO ORDERED**.

DATED: December 20, 2013
Albany, New York

Lawrence E. Kahn
U.S. District Judge